**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT L. SMITH                                                                                           PLAINTIFF

V.                                       NO: 4:15CV00155 JLH/JWC

DOES *et al.*                                                                                              DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

**DISPOSITION**

Plaintiff Robert L. Smith, who was formerly held at the Craighead County Detention Facility, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on March 16, 2015. On March 19, 2015, the Court entered an order directing Plaintiff to pay the $400.00 filing and administrative fees, or to file and application for leave to proceed in *forma papueris* (docket entry #3). That same order warned Plaintiff that his failure to comply within 30 days would result in the recommended dismissal of his

1

complaint. More than 30 days have passed, and Plaintiff has not paid the filing fee, filed an application for leave to proceed *in forma pauperis*, or otherwise responded to the order. Mail sent to Plaintiff's address of record has been returned as undeliverable (docket entries #4 & #5). Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

    IT IS THEREFORE RECOMMENDED THAT:

    1.    Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

    2.    The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

    DATED this 24th day of April, 2015.

                                                                   _____
                                                                   UNITED STATES MAGISTRATE JUDGE