IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ROBERT L. SMITH                                                                                         PLAINTIFF

v.                                             NO. 4:15CV00155 JLH

DOES *et al.*                                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 15th day of May, 2015.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE